UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                         CASE NO. 09 B 41306
                                               CHAPTER 13
ANTONIO RODRIGUEZ
MARTHA RODRIGUEZ                               JUDGE JACK B SCHMETTERER

        DEBTORS                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:**  <u>FEDERAL NATL MORTGAGE ASSOC</u>

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 4 | 8334 1010 HARTWOOD DRIVE | $259.68 | $259.68 | $259.68 |
| Total Amount Paid by Trustee | | | | | $259.68 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors
have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 09-41306-JBS

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 24th day of April, 2014.

Debtor:
ANTONIO RODRIGUEZ
MARTHA RODRIGUEZ
1010 HARTWOOD DR
STREAMWOOD, IL 60107

Attorney:
MACEY BANKRUPTCY LAW PC
233 S WACKER DR # 5150
CHICAGO, IL 60606
via Clerk's ECF noticing procedures

Creditor:
FEDERAL NATL MORTGAGE
ASSOC
% SETERUS INC
PO BOX 2008
GRAND RAPIDS, MI 49501-2008

ELECTRONIC SERVICE - United States Trustee

Date: April 24, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603